```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
```

FILED 2008 AUG 11 AM 10:35

'08 MJ 2483

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate's Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C.§ 841(a)(1) Possession of a controlled Substance with Intent to Distribute |
| Joel Isaac SANCHEZ-Garcia (1) Benito HERNANDEZ-Lopez (2) Jose Luis ROSAS-Launa (3) Jose Alberto VARGAS-Guillen (4) | |
| Defendants | |

The undersigned complainant duly sworn states:

That on or about August 9, 2008, within the Southern District of California, defendants Joel Isaac SANCHEZ-Garcia, Benito HERNANDEZ-Lopez, Jose Luis ROSAS-Launa and Jose Alberto VARGAS-Guillen did knowingly and intentionally possess with intent to distribute approximately 107.4 kilograms (236.7 pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Darien Dir, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, August 11, 2008.

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Joel Isaac SANCHEZ-Garcia
Benito HERNANDEZ-Lopez
Jose Luis ROSAS-Launa
Jose Alberto VARGAS-Guillen

STATEMENT OF FACTS

I, Special Agent Darien Dir, of the Drug Enforcement Administration (DEA), declare under penalty of perjury, the following is true and correct:

On Saturday, August 9, 2008, United States Border Patrol (USBP) Agents were performing line watch operations near the Tecate, California Port of Entry (POE). At approximately 8:40 PM, USBP Agents noticed two individuals brushing out footprints from the dirt. This activity is usually an attempt to destroy footprints left behind and is an indication of an illegal entry into the United States. USBP agents continued to monitor the area where these individuals were observed. No one was seen walking north or south out of the area. At approximately 9:45 PM, USBP agents walked to the area where the individuals were last seen and came upon four males, later identified as Joel Isaac SANCHEZ-Garcia, Benito HERNANDEZ-Lopez, Jose Luis ROSAS-Launa and Jose Alberto VARGAS-Guillen, lying down on their backs attempting to conceal themselves in thick brush. USBP Agent Matthew Quadrant approached the individuals and identified himself. Upon approach, Agent Quandt immediately noticed four very large backpacks within five feet of the four individuals. Agent Quandt also noticed that all four of the subjects were wearing cloth coverings over their shoes. The cloth coverings are often worn by persons illegally

crossing the border in an attempt to avoid leaving footprints and being detected by USBP Agents. Agent Quandt asked all four individuals if they had any immigration documents allowing them to enter or remain in the United States legally. All four individuals responded that they did not have such documentation, and were subsequently arrested. The four males and backpacks were transported to the El Cajon Border Patrol Station. Further inspection of the backpacks revealed ten (10) individual packages. Each package contained a green leafy substance wrapped in packing tape and cellophane with a total gross weight of 107.4 kilograms (236.7 pounds). A narcotics field test was performed on a random package. The test returned a positive result for the presence of marijuana.

At approximately 2:00 AM, The DEA was notified. Special Agents (SA) Darien Dir and Jacob Alvarado responded and took custody of the four males and the marijuana.

At approximately 3:28 AM, SA Alvarado, who is fluent in the Spanish language, read Joel Isaac SANCHEZ-Garcia his Miranda Rights in Spanish via a DEA-13A card, as witnessed by SA Dir. SANCHEZ-Garcia stated that he understood his rights and agreed to speak to Agents.

SANCHEZ-Garcia stated that he found the backpack of marijuana that he was carrying on a road and did not know who it belonged to or where he was going to take it.

At approximately 3:40 AM, SA Alvarado read Benito HERNANDEZ-Lopez his Miranda Rights in Spanish via a DEA-13A card, as witnessed by SA Dir. HERNANDEZ-Lopez stated that he understood his

rights and agreed to speak to Agents.

HERNANDEZ-Lopez stated that he was transporting the backpack of marijuana for an unknown amount of money. HERNANDEZ-Lopez stated that he retrieved the backpack of marijuana in a small town near the International Border in Tecate, Mexico. HERNANDEZ-Lopez stated that from there, he and the three (3) other individuals that he was arrested with began walking together through the desert until they were arrested by USBP agents approximately thirty (30) minutes later.

At approximately 4:00 AM, SA Alvarado read Jose Luis ROSAS-Launa his Miranda Rights in Spanish via a DEA-13A card, as witnessed by SA Dir. ROSAS-Launa stated that he understood his rights and agreed to speak to Agents.

ROSAS-Launa stated that on August 9, 2008, he was offered a job smuggling marijuana into the United States by two older, unknown males in Tecate, Mexico. ROSAS-Launa stated that he accepted the job offer, but didn't know how much he was going to get paid for smuggling the marijuana into the United States. ROSAS-Launa stated that he knew he would get paid more than $200.00 for his services. ROSAS-Launa stated that the two unknown males took him North to an area in Tecate, Mexico near the International Border known as "Primera Mayo" where he met with the three other individuals he was arrested with. ROSAS-Launa stated that he and the other three males put the backpacks on began walking North through the desert. ROSAS-Launa stated that they walked for approximately ten minutes until they hid in the desert and waited for a guide to show them where to drop off the marijuana. While

they were waiting, ROSAS-Launa stated, they were arrested by USBP Agents.

At approximately 4:23 AM, SA Alvarado read Jose Alberto VARGAS-Guillen his Miranda Rights in Spanish via a DEA-13A card, as witnessed by SA Dir. VARGAS-Guillen stated that he understood his rights and agreed to speak to Agents.

VARGAS-Guillen stated that he was offered a job smuggling marijuana, for an unknown sum of money, by an unknown individual in Tecate, Mexico. VARGAS-Guillen stated that he accepted the job offer, and traveled with the unknown male to the Primera Mayo area of Tecate, Mexico. Once there, VARGAS-Guillen stated that he met up with the three other individuals he was arrested with. VARGAS-Guillen stated that all four of them put on the marijuana laden backpacks and were told to walk North across the International Border through the desert near the Tecate POE. VARGAS-Guillen stated that they all walked for approximately forty-five minutes until they were arrested by USBP Agents.

At approximately 8:20 AM all four individuals were transported to the Metropolitan Correctional Center pending their initial appearances before a United States Magistrate Judge.